IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORDELL CURRY STEWART, | ) | 8:08CV93 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY | ) | |
| CORRECTIONAL CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Plaintiff's Motion for Hearing (filing no. 28) and Motion for Discovery (filing no. 29). Liberally construed, Plaintiff seeks leave from the court to conduct discovery. As set forth in the February 23, 2009 Progression Order, the schedule for conducting discovery has been set and no additional permission from the court is necessary. Plaintiff shall conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of this court.[1]

    IT IS THEREFORE ORDERED that: Plaintiff's Motion for Hearing (filing no. 28 and Motion for Discovery (filing no. 29) are denied.

July 30, 2009.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　United States District Judge

---

[1] The court notes that the time for conducting discovery has expired. If the parties wish to conduct additional discovery or otherwise modify the Progression Order, they must file an appropriate motion.