IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CORDELL CURRY STEWART, | ) | 8:08CV93 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY | ) | |
| CORRECTIONAL CENTER, | ) | |
| UNKNOWN DUTCHER, in his | ) | |
| individual capacity, and W.L. | ) | |
| STEVENS JR., in his individual | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The Final Pretrial Conference in this matter, scheduled for April 1, 2010, is canceled. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motion for Summary Judgment.

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to cancel the Final Pretrial Conference in this matter that is currently scheduled for April 1, 2010. A separate progression order resetting the dates for the Final Pretrial Conference, and all associated deadlines, may be entered after the court resolves the pending Motions for Summary Judgment.

DATED this 24th day of March, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge